NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1171, -1558

OUTSIDE THE BOX INNOVATIONS, LLC (doing business as Union Rich USA),

Plaintiff/Counterclaim Defendant-
Cross Appellant,

and

BONAKA LIMITED, BONAKA PLASTIC MANUFACTURING CO., LTD.,
and UNION RICH PLASTIC FACTORY, LTD.,

Counterclaim Defendants-Appellees,

and

CHRISTOPHER URE, MATT WILLIAMS, TERRY KINSKEY and LYNN MARTINEAU,

Counterclaim Defendants,

v.

TRAVEL CADDY, INC.

Defendant/Counterclaimant-
Appellant,

and

ROOSTER PRODUCTS (doing business as The Rooster Group),

Defendant/Counterclaimant.

Appeal from the United States District Court for the Northern District of Georgia
in case no. 1:05-CV-2482, Senior Judge Orinda D. Evans.

ON MOTION

O R D E R

Upon consideration of Travel Caddy, Inc.'s motion for an extension of time to file
its opening brief,

IT IS ORDERED THAT:

The motion is granted to the extent that the briefing schedule is stayed pending

disposition of the motion to reconsider the order disqualifying counsel for Travel Caddy.

FOR THE COURT

MAY 1 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    J. Rodman Steele, Jr., Esq.
       Vance L. Liebman, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK

2009-1171, -1558                                   2